No. COA 23-4045

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>CALEB KENYETTA SHEFFIELD, )<br><br>    Defendant-Appellant. ) | <u>From the Middle District of North Carolina</u><br><br>1:22CR29-1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT-APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, the Defendant-Appellant Caleb Kenyetta Sheffield hereby moves for an extension of time of thirty (30) days within which to prepare and serve his initial brief and joint appendix, up to and including July 6, 2023.

1. This is the first request for extension of time and is sought in good faith and not for delay;

2. This request is made before the expiration of the period originally proscribed;

3. The Defendant-Appellant's brief and joint appendix is presently due on June 6, 2023;

4. The undersigned needs additional time to prepare and serve Defendant-Appellant's brief and joint appendix for the following reasons:

-2-

    a. A four-day jury trial was held for Defendant-Appellant at the district level, at which the undersigned was not trial counsel. In addition, there were pre-trial motions and sentencing at the district level. There is a large volume of transcripts from these proceedings.

    b. Defendant-Appellant has been in transit between Bureau of Prisons facilities since the appointment of the undersigned as counsel.

    c. Due to the volume of the transcripts to be reviewed for district proceedings for Defendant-Appellant and that undersigned has not been able to consult with Defendant-Appellant concerning any appellate issues, undersigned counsel needs additional time to prepare the Defendant-Appellant's initial brief and joint appendix.

5. Opposing counsel Assistant United States Attorney Nicole R. DuPre has been consulted regarding this motion and is unopposed to the extension of time to file.

WHEREFORE, the Defendant-Appellant Caleb Kenyetta Sheffield prays that the Court extend the time for him to prepare and serve his initial brief and joint appendix, up to and including July 6, 2023, and that the Court grant such other and further relief, which the Court deems just and proper.

This the 3rd day of May, 2023.

/s Eugene E. Lester III
Eugene E. Lester III (NC Bar 23225)
Lester Law
400 Bellemeade Street, Suite 702
Greensboro, North Carolina 27401
Phone: (336) 522-6853
Email: elester@lesterlawgroup.com

-3-

OF COUNSEL:
Lester Law
400 Bellemeade Street, Suite 702
Greensboro, North Carolina 27401
Phone: (336) 522-6850

-4-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT-APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX** was served upon the parties to this action by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicole R. DuPre
Assistant United States Attorney
U.S. Department of Justice
Email: Nicole.DuPre@usdoj.gov

This the 3rd day of May, 2023.

/s Eugene E. Lester III
Eugene E. Lester III (NC Bar 23225)
Lester Law
400 Bellemeade Street, Suite 702
Greensboro, North Carolina 27401
Phone: (336) 522-6853
Email: elester@lesterlawgroup.com

OF COUNSEL:
Lester Law
400 Bellemeade Street, Suite 702
Greensboro, North Carolina 27401
Phone: (336) 522-6850